United States Bankruptcy Court Northern District of Ohio

Case Number: 10-21219

IN RE:
**Kevin Michael Kolman**                                        **Chapter: 7**

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's Application for waiver of the Chapter 7 Filing Fee, "the court orders that the application be:

**X     Granted**

This order is subject to be vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

_____ Denied

The debtor shall pay the chapter 7 filing fee according to the following terms:

$_____ on or before _____

$_____   on or before _____

$_____   on or before _____

$_____   on or before _____

**Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.**

**IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.**

_____**SCHEDULED FOR HEARING.**

**It is so Ordered**

**###**