UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-21219-pmc |
| | ) | |
| Kevin Michael Kolman, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | Notice on Document filed in Error |

Notice of Document Electronically Filed in Error

COMES NOW, Diana Khouri, attorney for Debtor and provides notice to the Court that on November 16, 2010 a document inadvertently filed in error and was marked as Application to Pay filing fee in installments. This document was marked as Docket Number 5. The document filed in error was actually the Proposed Order on Filing Fees . It is requested that the Docket entry No. 5 be removed from the Court's Docket.

/s/ Diana Khouri
6300 Rockside Road #204
Cleveland, OH 44131
1-866-964-7275
dianakhouriohio@gmail.com

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was sent to the individuals listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being served by ECF, on this the 17th day of November, 2010.

Trustee, Lauren A. Helbling
U.S. Trustee

/s/ Diana Khouri
6300 Rockside Road #204
Cleveland, OH 44131
1-866-964-7275
dianakhouriohio@gmail.com