# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 15, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

**See Reverse Side For Important Explanations.**

**Debtor(s) (name(s) and address):**
Kevin Michael Kolman
P.O. Box 26139
Fairview Park, OH 44126

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names): | **Case Number:**<br>10−21219−pmc<br><br>**Last four digits of Social Security No./Taxpayer ID Nos.:**<br>xxx−xx−4577 |
|---|---|
| **Attorney for Debtor(s) (name and address):**<br>Diana Khouri<br>6300 Rockside Road #204<br>Cleveland, OH 44131<br>Telephone number: 1−866−964−7275 | **Bankruptcy Trustee (name and address):**<br>Lauren A Helbling<br>1370 Ontario St<br>#450<br>Cleveland, OH 44113−1744<br>Telephone number: (216) 781−1164 |

## Meeting of Creditors:

Date: **December 13, 2010**     Time: **03:00 PM**
Location: **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: **February 11, 2011**
Deadline to Object to Exemptions:
**Thirty (30) days after the *conclusion* of the meeting of creditors.**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

**Foreign Creditors:** A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File A Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>201 Superior Avenue<br>Cleveland, OH 44114−1235 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 16, 2010 |

# EXPLANATIONS

FORM ohnb227i

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.<br><br>Creditors who wish to be notified of abandonment proceedings must file a written request for notice with the Court prior to the conclusion of the 11 U.S.C. § 341 meeting. Otherwise, the Court may order abandonment with notice only to affected parties. See L.B.R. 2002−1(a). |
| Presumption of Abuse | If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side . The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− <u>Refer to Other Side for Important Deadlines and Notices</u> −−

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: erams             Page 1 of 1              Date Rcvd: Nov 16, 2010
Case: 10-21219                Form ID: 227i           Total Noticed: 27

The following entities were noticed by first class mail on Nov 18, 2010.
 db          +Kevin Michael Kolman,    P.O. Box 26139,    Fairview Park, OH 44126-0139
 aty         +Diana Khouri,   6300 Rockside Road #204,    Cleveland, OH 44131-2221
20149857     +Advertising Specialities,    4800 E. Street Road,    Trevose, PA 19053-6698
20149859      Associated Credit Services,    1058 South Street,    Hopkinton, MA 01748
20149860     +Atlantic Coast Cotton,    7412 Gallerher Road,    Gainsville, PA 20155-1602
20149862     +Check Systems,   7805 Hudson Road #100,    Woodbury, MN 55125-1703
20149863     +City Of Cleveland Division Of Water,    1201 Lakeside Avenue,    Cleveland, OH 44114-1100
20149864     +Dept Of Human Services,    1640 Superior Avenue,    Cleveland, OH 44114-2908
20149866     +Discount Labels,    4115 Profit,   New Albany, IN 47150-7207
20149867      Dominion East Ohio Gas,    C/O NCO Financial Systems,    P.O. Box 157400,
               Wilmington, DE 19850-5740
20149868      Fifth Energy Illuminating Co.,    253 White Pond Drive,    Akron, OH 44320-1187
20149869     +Gally Printing,    2892 Westway Drive,    Brunswick, OH 44212-5656
20149870     +HSBC Mortgage Services,    P.O. Box 3425,    Buffalo, NY 14240-3425
20149871      Leedsworld, Inc.,    400 Hunt Valley Road,    New Kensington, PA 15068-7059
20149872      Maxwell Medals & Award,    1296 Business Park Avenue,    Traverse City, MI 49686-8607
20149873      Mike Heller LLP,    33 Babbitt Road #323,    Euclid, OH 44123
20149874     +National City Bank,    P.O. Box 5756,    Cleveland, OH 44101-0756
20149875     +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
20149876     +Ramos M.D.,    13535 Detroit Avenue #6,    Lakewood, OH 44107-4625
20149877     +Sarah D. Ritz,    1100 Superior Avenue,    Cleveland, OH 44114-2530
20149878     +Skin Pathology Lab,    7500 Old Oak Blvd,    Middleburg Heights, OH 44130-3343
20149881     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:  WFS/Wachovia Dealer Services,    P.O. Box 1697,
               Winterville, NC 28590)

The following entities were noticed by electronic transmission on Nov 16, 2010.
 tr           EDI: QLAHELBLING.COM Nov 16 2010 19:28:00     Lauren A Helbling,   1370 Ontario St,   #450,
               Cleveland, OH 44113-1744
20149858     +EDI: AMEREXPR.COM Nov 16 2010 19:28:00     American Express,   P.O. Box 981537,
               El Paso, TX 79998-1537
20149861     +EDI: CAPITALONE.COM Nov 16 2010 19:28:00     Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
20149879     +EDI: WFFC.COM Nov 16 2010 19:28:00     Wells Fargo Financial,    800 Walnut Street,
               Des Moines, IA 50309-3891
20149880     +EDI: WESTASSET.COM Nov 16 2010 19:33:00     West Asset Management,    2703 N Highway 75,
               Sherman, TX 75090-2567
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20149865     ##+Digispec,   9070 Royal Monarch Street,    Las Vegas, NV 89147-6876
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2010**                    Signature: *Joseph Speetjens*